IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 4:15CR40028

JOHN WILLIAM VICKERS

**FINAL ORDER OF FORFEITURE**

On October 20, 2016, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 32). In the Preliminary Order of Forfeiture, a Smith & Wesson model SD9VE 9mm pistol with serial number FWM2607, was forfeited to the United States pursuant to 18 U.S.C. § 924(d) and Title 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On January 31, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was March 27, 2017. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 20, 2016, shall become final at this time.

IT IS SO ORDERED this 2nd day of January, 2018.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 02 2018

DOUGLAS F. YOUNG, Clerk
By
　　Deputy Clerk